IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARRYL A. RANDOLPH,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

CIVIL NO. 08-CV-450-JPG-PMF

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: April 2, 2010**                    NANCY J. ROSENSTENGEL, Clerk of Court

                                                   **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**